# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES<br>OF THE GRAND RONDE<br>COMMUNITY OF OREGON<br>9615 Grand Ronde Road<br>Grand Ronde, OR 97347<br><br>      *Plaintiff,*<br><br>v.<br><br>KEN SALAZAR<br>*in his official capacity as*<br>Secretary<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240<br><br>LARRY ECHO HAWK<br>*in his official capacity as*<br>Assistant Secretary - Indian Affairs<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240<br><br>STANLEY M. SPEAKS<br>*in his official capacity as*<br>Regional Director, Northwest Region<br>Bureau of Indian Affairs<br>911 Northeast 11th Avenue<br>Portland OR 97232<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR<br>1849 C Street, NW<br>Washington, DC 20240,<br><br>      *Defendants.* | Case No. 1:11-cv-00284<br>Judge Richard W. Roberts |

## **MOTION TO INTERVENE AS A DEFENDANT**

For the reasons articulated in the accompanying Memorandum of Law, the Cowlitz Indian Tribe hereby moves to intervene as a defendant in the above-captioned action pursuant to Federal Rules of Civil Procedure 24(a) and 24(b).

Dated: April 15, 2011                               Respectfully Submitted,

/s/Robert D. Luskin
Robert D. Luskin (DC Bar No. 293621)
PATTON BOGGS LLP
2550 M Street NW
Washington DC  20037
P: 202.457.6000
F: 202.457.6315
rluskin@pattonboggs.com

*Counsel for the Cowlitz Indian Tribe*