## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON<br>9615 Grand Ronde Road<br>Grand Ronde, OR 97347<br><br>       *Plaintiff,*<br><br>v.<br><br>KEN SALAZAR<br>*in his official capacity as*<br>Secretary<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240<br><br>LARRY ECHO HAWK<br>*in his official capacity as*<br>Assistant Secretary - Indian Affairs<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240<br><br>STANLEY M. SPEAKS<br>*in his official capacity as*<br>Regional Director, Northwest Region<br>Bureau of Indian Affairs<br>911 Northeast 11th Avenue<br>Portland OR 97232<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, DC 20240,<br><br>       *Defendants.* | Case No. 1:11-cv-00284<br>Judge Richard W. Roberts |
| COWLITZ INDIAN TRIBE, a federally recognized Indian Tribe<br>c/o Hon. William Iyall, Chairman<br>Tribal Headquarters, P.O. Box 2547 | |

| Longview, WA 98632 | |
|---|---|
| *Intervenor* | |

## MOTION TO INTERVENE AS A DEFENDANT

The Cowlitz Indian Tribe hereby moves this Court, pursuant to Federal Rules of Civil Procedure 24(a) or 24(b), for an Order granting its intervention as a defendant in the above-captioned case.  The Tribe's interests, claims, and defenses are detailed in the accompanying Memorandum of Law and Proposed Answer.

Counsel for the Tribe certifies that he has conferred with counsel for Plaintiff and Defendants, pursuant to Local Rule 7(m).  Plaintiff will not oppose the Tribe's intervention in this case.  Defendants do not oppose the Tribe's intervention under Rule 24(b), but will file a response addressing the Tribe's request under Rule 24(a).


Dated: July 13, 2011                    Respectfully Submitted,


                                        /s/Robert D. Luskin
                                        Robert D. Luskin (DC Bar No. 293621)
                                        V. Heather Sibbison (DC Bar No. 422632)
                                        Edward D. Gehres, III (DC Bar No. 478565)
                                        Suzanne Schaeffer (DC Bar No. 429735)
                                        PATTON BOGGS LLP
                                        2550 M Street NW
                                        Washington DC  20037
                                        P: 202.457.6000
                                        F: 202.457.6315
                                        rluskin@pattonboggs.com
                                        hsibbison@pattonboggs.com
                                        egehres@pattonboggs.com
                                        sschaeffer@pattonboggs.com