# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CONFEDERATED TRIBES OF THE GRAND
RONDE COMMUNITY OF OREGON

                       Plaintiffs,

     v.

                                            Case No. 1:11-cv-00284

KEN SALAZAR
LARRY ECHO HAWK                                Judge Richard W. Roberts
STANLEY M. SPEAKS
UNITED STATES
DEPARTMENT OF THE INTERIOR

                       Defendants**.**

## RESPONSE TO COWLITZ INDIAN TRIBE'S MOTION TO INTERVENE AS A DEFENDANT

     Although Grand Ronde obviously disagrees with various statements the Cowlitz tribe makes on the merits, we do not oppose the Cowlitz's intervention in the case.

                                                   Respectfully submitted,

July 14, 2011                                     /s/ Gary A. Orseck
                                                  Gary A. Orseck (D.C. Bar No. 433788)
                                                  Larry S. Robbins (D.C. Bar No. 420260)
                                                  ROBBINS, RUSSELL, ENGLERT, ORSECK,
                                                  UNTEREINER & SAUBER LLP
                                                  1801 K Street NW, Suite 411
                                                  Washington, DC 20006
                                                  Telephone: (202) 775-4500
                                                  Facsimile: (202) 775-4510

                                                  *Counsel for Plaintiff The Confederated Tribes*
                                                  *of the Grand Ronde Community of Oregon*