# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE CONFEDERATED TRIBES** ) <br> **OF THE GRAND RONDE** ) <br> **COMMUNITY OF OREGON** ) <br> 9615 Grand Ronde Road ) <br> Grand Ronde, OR 97347 ) <br>              ) <br>           Plaintiff, ) <br>              ) <br>              ) <br>      v.      ) <br>              ) <br>              ) Case No. 1:11-cv-00284 <br> **KEN SALAZAR** ) Judge Richard W. Roberts <br> *in his official capacity as* ) <br> Secretary ) <br> United States Department of the Interior ) <br> 1849 C Street, NW ) **RESPONSE TO THE COWLITZ** <br> Washington, DC 20240 ) **INDIAN TRIBE'S MOTION** <br>              ) **TO INTERVENE AS A DEFENDANT** <br> **LARRY ECHO HAWK** ) <br> in his official capacity as ) <br> Assistant Secretary - Indian Affairs ) <br> United States Department of the Interior ) <br> 1849 C Street, NW ) <br> Washington, DC 20240 ) <br>              ) <br> **STANLEY M. SPEAKS** ) <br> *in his official capacity as* ) <br> Regional Director, Northwest Region ) <br> Bureau of Indian Affairs ) <br> 911 Northeast 11th Avenue ) <br> Portland OR 97232 ) <br>              ) <br> **UNITED STATES DEPARTMENT** ) <br> **OF THE INTERIOR** ) <br> 1849 C Street, NW ) <br> Washington, DC 20240, ) <br>              ) <br>              ) <br>           Defendants. ) <br> _____ ) | |

On April 15, 2011, the Cowlitz Indian Tribe ("Cowlitz" or "Tribe") moved to intervene

as a defendant in this lawsuit. (Doc. 7-1). The Federal Defendants (the "United States") responded to that motion on May 12, 2011. (Doc. 12). On June 21, 2011, in a Minute Order, the Court denied the motion to intervene without prejudice for failure to comply with Federal Rule of Civil Procedure 24(c) and Local Rule 7(j). On July 13, 2011, the Cowlitz filed a second motion to intervene, which includes a Proposed Answer. The United States respectfully file this response to the Cowlitz's second motion to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), or in the alternative, by permissive intervention under Fed. R. Civ. P. 24(b).

Plaintiffs bring this action under the Administrative Procedure Act, 5 U.S.C. §§ 701-706 ("APA"), challenging the Secretary's decision to acquire approximately 152 acres of land in trust for the Cowlitz pursuant to Section 5 of the Indian Reorganization Act, and alleging that the gaming decision and the environmental impact statement prepared as part of that decision violated the Indian Gaming Regulatory Act, 25 U.S.C. §§ 2701-2721, and the National Environmental Policy Act, 42 U.S.C. §§ 4321-4370.

The United States does not oppose the Tribe's request for permissive intervention pursuant to Fed. R. Civ. P. 24(b).

Dated: July 19, 2011                            Respectfully submitted,

                                                IGNACIA S. MORENO
                                                Assistant Attorney General
                                                Environment and Natural Resources Division

                                                /s/ Samantha Klein Frank
                                                SAMANTHA KLEIN FRANK
                                                U.S. Department of Justice
                                                United States Department of Justice
                                                Environment and Natural Resources Division
                                                Natural Resources Section
                                                P.O. Box 663
                                                Washington, D.C. 20044-0663
                                                Phone: (202) 305-0474

Fax: (202) 305-0506
E-mail: samantha.frank@usdoj.gov

<u>OF COUNSEL</u>:
DOUGLAS WOLF
United States Department of the Interior
Office of the Solicitor
1849 C Street NW
Washington, D.C. 20240