# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, <br><br> *Plaintiff*, <br><br> v. <br><br> SALAZAR, *et al.* <br><br> *Defendants*, <br><br> and <br><br> COWLITZ INDIAN TRIBE, <br><br> *Defendant-Intervenor*. | Case No. 1:11-cv-00284-RWR <br> Judge Richard W. Roberts |

## Notice of Filing of Supplemental Administrative Record Documents by the United States Department of the Interior

Please take Notice that a copy of supplemental Administrative Record documents supporting the Assistant Secretary – Indian Affairs' decision to acquire 151.87 acres of land into trust for the Cowlitz Indian Tribe of Washington and to issue a Reservation Proclamation establishing an initial reservation for the Cowlitz Tribe was filed with the Court on May 2, 2012. The Department's certification of the supplemental Administrative Record is attached to this Notice.

Pursuant to Local Rule 5.4(e), a copy of the supplemental Administrative Record documents will not be filed on the CM/ECF system. The supplemental documents, along with the index, are in electronic form only on CD and are being maintained in the case file in the Clerk's Office. The Administrative Record in the above-captioned case is identical to the record

in the related case, <u>Clark County v. U.S. Department of the Interior</u>, Case No. 11-cv-00278-RWR (D.D.C.), and the supplemental documents are being filed on both dockets.

    A copy of the supplemental Administrative Record documents on CD was produced to Plaintiffs' counsel and the Intervenor-Defendant's counsel in both cases on April 27, 2012.

Dated: May 2, 2012
        Respectfully submitted,

        IGNACIA S. MORENO
        Assistant Attorney General

        <u>/s/ *Kristofor R. Swanson*</u>
        KRISTOFOR R. SWANSON
        (Colo. Bar #39378)
        Trial Attorney
        Natural Resources Section
        United States Department of Justice
        Environment and Natural Resources Division
        P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 305-0248
        kristofor.swanson@usdoj.gov

<u>OF COUNSEL</u>:
Douglas Wolf
Attorney-Advisor
United States Department of the Interior

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2012, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which will notice to all parties.

                                          *s/ Kristofor R. Swanson*
                                          KRISTOFOR R. SWANSON