IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON,<br><br>   Plaintiff,<br><br>  v.<br><br>SALAZAR, *et al.*,<br><br>   Defendants,<br><br>  and<br><br>COWLITZ INDIAN TRIBE,<br><br>   Defendant-Intervenor. | Case No. 11-cv-00284-RWR |

## Notice of Filing Supplemental ROD

Please take notice that a copy of the Supplemental Record of Decision signed by the Acting Assistant – Indian Affairs, on October 1, 2012, and the attached legal opinion, figure, and exhibits, are hereby filed with the Court.

Respectfully submitted this 1st day of October, 2012.

              IGNACIA S. MORENO
              Assistant Attorney General

              *s/ Kristofor R. Swanson*
              GINA L. ALLERY (D.C. Bar #485903)
              Indian Resources Section
              KRISTOFOR R. SWANSON (Colo. Bar #39378)
              Natural Resources Section
              U.S. Department of Justice
              Environment and Natural Resources Division
              P.O. Box 7611
              Ben Franklin Station

        Washington, D.C. 20044-7611
        (202) 305-0261
        (202) 305-0248
        Gina.allery@usdoj.gov
        Kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2012, I electronically filed the foregoing document and its attachments using the Court's CM/ECF system, which will send notice to all parties.

        *s/ Kristofor R. Swanson*
        KRISTOFOR R. SWANSON
        Trial Attorney