

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Washington, DC 20240

IN REPLY REFER TO:

**Memorandum**

Subject:   Adoption of Revised Initial Reservation Opinion for the Cowlitz Indian Tribe and Incorporation into the Record of Decision Dated December 17, 2010

With this memorandum, I adopt the Revised Initial Reservation Opinion (Revised Opinion) for the Cowlitz Indian Tribe (Tribe) from the Associate Solicitor, Division of Indian Affairs, to me dated October 1, 2012. The Revised Opinion replaces and supersedes the December 14, 2010, Office of the Solicitor Initial Reservation Opinion (2010 Opinion).

On January 4, 2002, the Tribe applied to have land near the Lewis River in Clark County, Washington, (the Cowlitz Parcel) taken into trust for gaming purposes. This Revised Opinion finds that the Cowlitz Tribe is eligible to game on the Cowlitz Parcel under the Indian Gaming Regulatory Act, 25 U.S.C. 2701 *et seq.*, and its implementing regulations at 25 C.F.R. Part 292 following the acquisition of the parcel in trust. The Revised Opinion concludes that the Cowlitz Tribe has "significant historical connections" to the Cowlitz Parcel as required by section 292.6(d), and therefore qualifies to be the Tribe's "initial reservation" pursuant to 292.6. This is the same conclusion reached by the 2010 Opinion.

The Revised Opinion does not alter the Assistant Secretary – Indian Affairs' December 17, 2010, determination to acquire the land in trust or his determination that the Cowlitz Parcel qualifies as the Tribe's initial reservation. The Revised Opinion is, therefore, incorporated into the 2010 Record of Decision.

_____
Michael S. Black
Acting Assistant Secretary - Indian Affairs

10/1/2012
Date