
Figure 1